JAMES A. DINNIS ET AL. *v.* JOHN ROBERTS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 35 Conn. App. 253 (AC 12417), is denied.

*Todd R. Bainer,* in support of the petition.

*Benson A. Snaider,* in opposition.

Decided September 20, 1994

HARRY CHILDS *v.* FRANK BAINER

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 301 (AC 12693), is granted, limited to the following issue:

"Is it an abuse of discretion for a trial court to refuse an additur in a personal injury case in which the jury awarded economic damages but no noneconomic damages?"

The Supreme Court docket number is SC 15048.

*Karen P. Blado,* in support of the petition.

*James A. Mulhall, Jr.,* in opposition.

Decided September 20, 1994

ALLSTATE INSURANCE COMPANY *v.* REGINA LINK

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 338 (AC 12486), is denied.

*Raymond T. DeMeo,* in support of the petition.

*Bruce D. Jacobs,* in opposition.

Decided September 20, 1994